IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STERLING SMALL MARKET EDUCATION FUND, L.P., et al, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 22-790-RGA-JLH |
| MICHAEL PERIK, et al., | : : | |
| Defendants. | : | |

### ORDER

This **15th** day of November 2023, upon consideration of the Magistrate Judge's Report and Recommendation dated October 31, 2023 (D.I. 95), and no objections to the Report and Recommendation having been received, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 95) is **ADOPTED**.

2. Counterclaim Defendants and Third-Party Defendants' Motion to Dismiss Defendants' Amended Counterclaim/Third-Party Complaint (D.I. 78) is **GRANTED-IN-PART and DENIED-IN-Part** as set forth in the Report and Recommendation.

/s/ Richard G. Andrews
United States District Judge