IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STERLING SMALL MARKET EDUCATION FUND, L.P., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-790 (CJB) |
| v. | ) ) ) | |
| MICHAEL PERIK, *et al.*, | ) ) | |
| Defendants. | ) | |

## **COUNTERCLAIM-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Counterclaim-Defendants hereby move for summary judgment on Counterclaim-Plaintiffs' Counterclaims II, III, and IV (D.I. 103). The grounds for this motion are fully set forth in the Opening Brief and supporting papers filed contemporaneously herewith.

Dated: May 9, 2025

BAKER & HOSTETLER LLP

/s/ *Jeffrey J. Lyons*
Daniel J. Goettle (#6664)
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
dgoettle@bakerlaw.com
jjlyons@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
jnew@bakerlaw.com

G. Karl Fanter (*pro hac vice*)
Cory N. Barnes (*pro hac vice*)
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 621-0200
kfanter@bakerlaw.com
cbarnes@bakerlaw.com

*Attorneys for Plaintiffs and Counterclaim-Defendants*