# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STERLING SMALL MARKET EDUCATION FUND, L.P. and SRC INTERMEDIATE HOLDINGS, INC., | )<br>)<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | ) C.A. No. 22-790-CJB<br>)<br>) |
| MICHAEL PERIK, NICOLE ROWE COLCLASURE, JOHN HASELEY, DANIEL JONES, HIGHER EDUCATION PARTNERS, LLC, RRGTHREE, LLC, USS GUARANTOR, LLC, and MWJ HOLDINGS, LLC, | )<br>)<br>)<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Michael Perik, Nicole Rowe Colclasure, John Haseley, Daniel Jones, Higher Education Partners, LLC, RRGTHREE, LLC, USS Guarantor, LLC, and MWJ Holdings, LLC (collectively, the "Defendants") hereby move the Court for summary judgment against Plaintiffs STERLING SMALL MARKET EDUCATION FUND, L.P., SRC INTERMEDIATE HOLDINGS, INC., AND STUDENT RESOURCE CENTER, LLC (together, "Plaintiffs") as to Counts I-IV of Plaintiffs' Second Amended Complaint and Counts I and IV of Defendants' Counterclaims.

The grounds for this motion are fully set forth in the Defendants' Opening Brief, Concise Statement of Facts, the supporting Declaration of Christopher Drees and Exhibits 1-22 thereto, filed herewith, and upon the papers, records, and pleadings on file with the Court.

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| OF COUNSEL: | */s/ Kevin M. Coen*<br>Kevin M. Coen (#4775) |
| Chris Georgalis<br>Paul Flannery<br>Christopher Drees<br>FLANNERY GEORGALIS<br>1375 E. 9th Street, 30th Floor<br>Cleveland, OH, 44114<br>(216) 367-2120<br>chris@flannerygeorgalis.com<br>paul@flannerygeorgalis.com<br>cdrees@flannerygeorgalis.com | Alec F. Hoeschel (#7066)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>kcoen@morrisnichols.com<br>ahoeschel@morrisnichols.com<br><br>*Attorneys for Defendants Michael Perik, Nicole Rowe Colclasure, John Haseley, Daniel Jones, Higher Education Partners, LLC, RRGTHREE, LLC, USS Guarantor, LLC, and MWJ Holdings, LLC* |
| Matthew Jalandoni<br>FLANNERY GEORGALIS<br>175 South Third Street Ste. 1060<br>Columbus, OH, 43215<br>(380) 444-6096<br>mjalandoni@flannerygeorgalis.com | |

May 9, 2025