IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STERLING SMALL MARKET EDUCATION FUND, L.P., SRC INTERMEDIATE HOLDINGS, INC., and STUDENT RESOURCE CENTER, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL PERIK, NICOLE ROWE COLCLASURE, JOHN HASELEY, DANIEL JONES, HIGHER EDUCATION PARTNERS, LLC, RRGTHREE, LLC, USS GUARANTOR, LLC, and MWJ HOLDINGS, LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 22-790-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION TO STAY**

Defendants Michael Perik, Nicole Rowe Colclasure, John Haseley, Daniel Jones, Higher Education Partners, LLC, RRGTHREE, LLC, USS Guarantor, LLC and MWJ Holdings, LLC hereby move the Court to stay these proceedings indefinitely, or, in the alternative, for six months, with periodic status reports. The grounds for this motion are set forth in the letter, filed contemporaneously herewith.

The undersigned counsel hereby certifies that they provided a copy of this motion to their clients in compliance with District of Delaware Local Rule 16.4(b).

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | /s/ *Kevin M. Coen* |
| | Kevin M. Coen (#4775) |
| Chris Georgalis | Alec F. Hoeschel (#7066) |
| Paul Flannery | Phillip Reytan (#7255) |
| Christopher Drees | 1201 North Market Street |
| FLANNERY GEORGALIS | Wilmington, DE 19801 |
| 1375 E. 9th Street, 30th Floor | (302) 658-9200 |
| Cleveland, OH, 44114 | kcoen@morrisnichols.com |
| (216) 367-2120 | ahoeschel@morrisnichols.com |
| chris@flannerygeorgalis.com | preytan@morrisnichols.com |
| paul@flannerygeorgalis.com | |
| cdrees@flannerygeorgalis.com | *Attorneys for Defendants Michael Perik, Nicole Rowe Colclasure, John Haseley, Daniel Jones, Higher Education Partners, LLC, RRGTHREE, LLC, USS Guarantor, LLC, and MWJ Holdings, LLC* |
| Matthew Jalandoni | |
| FLANNERY GEORGALIS | |
| 175 South Third Street Ste. 285 | |
| Columbus, OH, 43215 | |
| (380) 444-6096 | |
| mjalandoni@flannerygeorgalis.com | |

December 15, 2025