# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-3989 FAX

**KEVIN M. COEN**
(302) 351-9301
(302) 425-3097 FAX
kcoen@morrisnichols.com

December 15, 2025

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

        Re:  *Sterling Small Market Education Fund, L.P. et al. v. Perik et al.*
              C.A. No. 22-790-CJB

Dear Judge Burke:

        On October 29, 2025, ███████████████████████ Defendants moved this Court for a continuance of the November 17, 2025 trial date ███████████████. *See* D.I. 231. This Court, in oral orders dated October 30 and November 6, canceled the November 15 trial date and requested a joint status report by December 15, 2025. *See* D.I. 232; D.I. 239. ████████████████████████████████ Defendants now move this Court to stay these proceedings indefinitely ████████████████████. Alternatively, Defendants request a stay of six months, with periodic status reports ██████████████████████████████████████
██████████████████████.

        District courts are endowed with "broad discretion" in exercising their inherent power to grant a stay. *Clinton v. Jones*, 520 U.S. 681, 706, 117 S.Ct. 1636, 137 L.Ed.2d 945 (1997); *see also Commonwealth Ins. Co. v. Underwriters, Inc.*, 846 F.2d 196, 199 (3d Cir. 1988) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket[.]") (quoting *Landis v. North American Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 166, 81 L.Ed. 153 (1936)). ██████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

The Honorable Christopher J. Burke
December 15, 2025
Page 2



First and foremost,

The Honorable Christopher J. Burke
December 15, 2025
Page 3

[redacted]

Plaintiffs are not seriously prejudiced, if at all, by a stay. Discovery has already been completed, a significant delay in this matter was due to prior counsel's unfortunate [redacted] necessitating his withdrawal, and both parties were prepared to go to trial prior to this Court continuing the trial date. Thus, there is no risk that evidence is lost or destroyed by the passage of time. And given that the events at issue took place over three years before the prior-scheduled trial date in November 2025, there is minimal risk that additional delay will affect witness testimony any more than the effect of years of litigation. [redacted]

A stay of the trial has no material effect on either party's ability to argue its case at trial. [redacted]

The interests of the Court and the public interest also align with a stay. [redacted]

For the foregoing reasons, Defendants respectfully request that this Court indefinitely stay the trial in this matter, with periodic status reports scheduled [redacted]

Respectfully,

/s/ Kevin M. Coen

Kevin M. Coen (#4775)

cc: All Counsel of Record