IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STERLING SMALL MARKET EDUCATION FUND, L.P., *et al.*, | ) ) ) ) | C.A. No. 22-790 (CJB) |
| Plaintiffs, | ) ) | |
| v. | ) ) | ▉▉▉▉▉▉▉▉▉▉▉▉ |
| MICHAEL PERIK, *et al.*, | ) ) | **REDACTED/PUBLIC VERSION** |
| Defendants. | ) ) | |

**LETTER TO THE HONORABLE CHRISTOPHER J. BURKE IN
RESPONSE TO DEFENDANTS' MOTION TO STAY**

Dated: December 22, 2025

BAKER & HOSTETLER LLP
Daniel J. Goettle (#6664)
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
dgoettle@bakerlaw.com
jjlyons@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
jnew@bakerlaw.com

G. Karl Fanter (*pro hac vice*)
Cory N. Barnes (*pro hac vice*)
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 621-0200
kfanter@bakerlaw.com
cbarnes@bakerlaw.com

*Attorneys for Plaintiffs and Counterclaim-Defendants*

Dear Judge Burke:

The Court should deny Plaintiffs' motion for a stay—which a Court in this District has called an "extraordinary remedy"—and set this matter for trial. Discovery is complete, Defendants have already provided sworn deposition testimony ████████████████████████████ ████████████████████████████████████████████████████████████ A stay prejudices Plaintiffs and runs counter to the interests of the public and the Court.

**A. Defendants Bear The Burden To Obtain The "Extraordinary Remedy" Of A Stay.**

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████
████████████████████████████████████████████████
████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████



**C.**



**D.**

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████

### E. Plaintiffs' Interests Would Be Severely Prejudiced By More Delay.

The prejudice to Plaintiffs from a stay is substantial. ████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████ Plaintiffs' day in court will be effectively denied.

During the yearslong wait imposed by a stay, witness testimony will become less precise as memories naturally fade, and assets currently held by Defendants may dissipate. ████████
███████████████████████████████████████████
████████████████████████████████████

That is why courts routinely recognize the severe prejudice to plaintiffs of granting a stay under the circumstances present here. ██████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

████████████████████████████████████████████████
████████████████████

Defendants' actions caused Plaintiffs' significant financial and reputational harm. Plaintiffs have diligently litigated this matter for over three years, awaiting their opportunity to vindicate these injuries at trial. Yet now, with the case fully prepared for trial, Defendants ask the Court to postpone that opportunity indefinitely. █████████████████████████████████████████████

### F. The Court's And The Public's Interest Are Best Served By Concluding This Case.

Indefinite and lengthy delays are antithetical to the Court's duty to "secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. The Court has a significant interest in "control[ling] the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Reyes v. Freebery*, 2004 WL 1737683, at *2 (D. Del. July 30, 2004) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254–55 (1936)); ██
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████

Indeed, where—as here—a case is so close to trial, delay of that trial needlessly causes substantial inefficiencies down the road when the parties and the court will need to refresh themselves on the case and issues to be tried. *See, e.g.*, *Boucher*, 2021 WL 5178519, at *3; *Brown*, 857 F. Supp. at 1392. ████████████████████████████████████████████████
████████████████████

Finally, Plaintiffs' claims do not involve a substantial public concern and, therefore, the public interest factor is not particularly relevant here. ██████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████

    *   *   *   *

For the above reasons, Plaintiffs respectfully request that Defendants' Motion be denied, and that a trial be scheduled to commence on the earliest date convenient to the Court.

Respectfully,

/s/ *Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)

cc: All Counsel of Record

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the foregoing were caused to be served on December 22, 2025, upon the following in the manner indicated:

Kevin M. Coen, Esq.                                           *VIA ELECTRONIC MAIL*
Alec F. Hoeschel, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
kcoen@morrisnichols.com
ahoeschel@morrisnichols.com
*Attorneys for Defendants/Counterclaim-Plaintiffs*

Chris Georgalis, Esq.                                         *VIA ELECTRONIC MAIL*
Paul Flannery, Esq.
Christopher R. Drees, Esq.
FLANNERY GEORGALIS
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 367-2120
chris@flannerygeorgalis.com
paul@flannerygeorgalis.com
cdrees@flannerygeorgalis.com

Matthew Jalandoni, Esq.                                       *VIA ELECTRONIC MAIL*
FLANNERY GEORGALIS
175 South Third Street, Ste. 1060
Columbus, OH 43215
(380) 444-6096
mjalandoni@flannerygeorgalis.com

*Attorney for Defendants/Counterclaim Plaintiffs*


                                        */s/ Jeffrey J. Lyons*
                                        Jeffrey J. Lyons (#6437)