# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STERLING SMALL MARKET EDUCATION FUND, L.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PERIK, *et al.*, <br><br> Defendants. | C.A. No. 22-790 (CJB) <br><br> ███████████████ <br><br> REDACTED/PUBLIC VERSION |

## DECLARATION OF JONATHAN B. NEW

I, Jonathan B. New, a lawyer licensed to practice law in New York and admitted *pro hac vice* in the United States District Court for the District of Delaware, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of Baker & Hostetler LLP, counsel for plaintiffs in the above-captioned lawsuit, and over the age of 18. My statements in this declaration are based upon my personal knowledge and upon personal review of documents kept in the ordinary course of business. If called upon to do so, I could and would testify to the matters set forth in this declaration.

2. I had a telephone call with ███████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████
█ ██████████████████████████████████████████████████████████████
████████████████████████████████████████████████
█ ██████████████████████████████████████████████████████████████
█ ██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

2



I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated:  December 22, 2025                                By: */s/ Jonathan B. New*
                                                                                             Jonathan B. New

2

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the foregoing were caused to be served on December 22, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kevin M. Coen, Esq.<br>Alec F. Hoeschel, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>kcoen@morrisnichols.com<br>ahoeschel@morrisnichols.com<br>*Attorneys for Defendants/Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Chris Georgalis, Esq.<br>Paul Flannery, Esq.<br>Christopher R. Drees, Esq.<br>FLANNERY GEORGALIS<br>1375 E. 9th Street, 30th Floor<br>Cleveland, OH 44114<br>(216) 367-2120<br>chris@flannerygeorgalis.com<br>paul@flannerygeorgalis.com<br>cdrees@flannerygeorgalis.com | *VIA ELECTRONIC MAIL* |
| Matthew Jalandoni, Esq.<br>FLANNERY GEORGALIS<br>175 South Third Street, Ste. 1060<br>Columbus, OH 43215<br>(380) 444-6096<br>mjalandoni@flannerygeorgalis.com<br><br>*Attorney for Defendants/Counterclaim Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ Jeffrey J. Lyons
Jeffrey J. Lyons (#6437)